UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

Heather M. Claridge

Debtor

Case No. 14-31974

**MODIFIED PLAN**

Chapter 13

## MODIFIED PLAN

The Debtor hereby modifies her confirmed chapter 13 plan by the following (all terms of the confirmation order remain the same with the following exceptions):

i. abate all arrears to the trustee;
ii. keep the payment at $195.00 a month for the remaining 32 months, beginning with the September 2015 payment
iii. Make a yearly payment of $4,802.00 (from tax refunds) in April 2016, April 2017, April 2018;
iv. increase the term of the plan to 40 months;
v. keep the unsecured dividend at 1%; and
vi. pay $350.00 in attorney fees.as and $58.78 in cost for the instant motion to modify, for a total of $408.78 to be paid through the plan.

By signing below, I wish to modify my plan pursuant to the above terms and understand that the fee for this service was not included in the original fee I paid and I will be responsible for paying for this through my chapter 13 plan.

_/s/ Heather M. Claridge_
Heather M. Claridge, Debtor

9/8/2015
Dated